IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Cause No. 4:24CR151 |
| | § | (Judge Jordan) |
| KEONSAI MATHIS | § | |

### ORDER

Defendant's unopposed Motion to Reopen Detention Hearing is **GRANTED**.

The hearing is set for January 7, 2025 at 10:00 a.m. before Judge Bill Davis.

So **ORDERED** and **SIGNED** this 30th day of December, 2024.

_____
Bill Davis
United States Magistrate Judge